OPINION #  O-7534          WAS NEVER ISSUED OR

WAS WITHDRAWN.